IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02413-MEH

WALDEMAR BRUZDA,
JACEK JOZEFKOWICZ, and
THOMAS GARBOWSKI,

    Plaintiffs,

v.

SONIC AUTOMOTIVE d/b/a Murray BMW of Denver,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is a Joint Stipulation to Dismiss Action with Prejudice [filed April 12, 2017; ECF No. 39]. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court finds the Stipulation and terms of the dismissal proper. Thus, this case is voluntarily **dismissed with prejudice**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 14th day of April, 2017.

                              BY THE COURT:

                              */s/ Michael E. Hegarty*

                              Michael E. Hegarty
                              United States Magistrate Judge